**Opinion issued August 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00977-CV

———————————

**JASMINE MASON, Appellant**

**V.**

**CARWYNNE CAMPBELL, Appellee**

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-42947**

## MEMORANDUM OPINION

Appellant, Jasmine Mason, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. Accordingly, we dismiss the appeal for want of prosecution for

failure to timely file a brief. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.